NUMBER 13-08-00588-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

JESUS MENDOZA, Appellant,


v.



JUSTICE OF THE PEACE ISMAEL "MELO" OCHOA, Appellee.

_____________________________________________________________


On Appeal from the 398th District Court 


of Hidalgo County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Garza and Vela


Memorandum Opinion Per Curiam


 Appellant, Jesus Mendoza, attempts to appeal an order denying appellant's petition
to remove from office Justice of the Peace, Precinct 3, Place 2, Ismael Ochoa, entered on
June 26, 2008. On December 23, 2008, the Clerk of the Court notified appellant it did not
appear that this Court has jurisdiction and that the appeal was subject to dismissal, unless
within ten days from the date of receipt of this letter, appellant corrected the defect. 

 The appellant responded on January 5, 2009, filing a "Motion to Proceed on this
Appeal." The appellant asserts that this Court has jurisdiction to hear an appeal of a denial
of a petition for citation to remove a judge from office where concrete, specific, and
conclusive evidence supports the claim that the trial judge engaged in judicial misconduct. This Court does not have jurisdiction. An appeal may not be taken from a dismissal
of a petition to remove an elected judge where the trial court refused to issue citation. See
Tex. Loc. Gov't Code Ann. §87.016 (Vernon 1999). Accordingly, appellant's motion to
proceed is DENIED and the appeal is hereby DISMISSED FOR WANT OF
JURISDICTION. See Tex. R. App. P. 42.3(a). 


 PER CURIAM

Memorandum Opinion delivered 

and filed this the 21st day of May, 2009.